UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-229-WWB-SJH
21 U.S.C. §§ 846, 841(a)(1)
18 U.S.C. § 922(g)(1)

RUBEN DANYON MCCLOUD,
TORREGON TYVIS WILLIAMS,
  a/k/a "ATK Red Dot," "Pooh Red"
RAY STEVEN JONES,
JOHNNY TYLER DEES,
MICHAEL COLE WISOR

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Drug Trafficking Conspiracy)

Beginning on an unknown date, but not later than in or about June 2023, and continuing through in or about August 2024, in the Middle District of Florida, and elsewhere, the defendants,

RUBEN DANYON MCCLOUD,
TORREGON TYVIS WILLIAMS, a/k/a "ATK Red Dot," and "Pooh Red,"
RAY STEVEN JONES,
JOHNNY TYLER DEES, and
MICHAEL COLE WISOR

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute controlled substances.

With respect to RUBEN DANYON MCCLOUD and TORREGON TYVIS WILLIAMS, a/k/a "ATK Red Dot," and "Pooh Red," the violation involved 50 grams or more of pure or actual methamphetamine, in violation of 21 U.S.C. § 841(b)(1)(A).

With respect to RAY STEVEN JONES and JOHNNY TYLER DEES, the violation involved 5 grams or more of pure or actual methamphetamine, in violation of 21 U.S.C. § 841(b)(1)(B).

Before RUBEN DANYON MCCLOUD committed the offense charged in this count, he had a final conviction for a serious violent felony, specifically a conviction for Attempted Manslaughter, on or about July 20, 2017, for which he served more than 12 months of imprisonment.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846, and 841(a)(1) and (b)(1)(C).

## COUNT TWO
### (Possession of a Firearm by a Convicted Felon)

On or about January 24, 2024, in the Middle District of Florida, the defendant,

TORREGON TYVIS WILLIAMS, a/k/a "ATK Red Dot," and "Pooh Red,"

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Possession of Cocaine, on or about June 28, 2022, and

2. Tampering with Evidence, on or about June 28, 2022,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, Romarm/Cugir pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. §§ 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3  Upon conviction of a violation of 18 U.S.C. § 922(g), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the following: a Romarm/Cugir Micro Draco pistol, bearing serial number ROA22PMD34869, and related ammunition, which were seized on or about January 24, 2024.

5. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
AAKASH SINGH
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
11/6/24 Revised

No. 3:24-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

RUBEN DANYON MCCLOUD, ET AL.

## INDICTMENT

Violations: 21 U.S.C. §§ 846, 841(a)(1) and 18 U.S.C. § 922(g)(1)

A true bill, ███████████

_____
Foreperson

Filed in open court this 7th day

of November, 2024.

_____
Clerk

Bail   $_____

GPO 863 525